# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dubina, Joel F. | U.S. Court of Appeals/11th Cir | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge -- Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

one Church Street, Rm 408
Montgomery, AL 36104

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dubina, Joel F.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | I. JOEL F. DUBINA (H) | | | | | | | | | |
| 2. | Insignia Fini Group Inc. | A | Dividend | J | T | | | | | |
| 3. | Torchmark Corp Name Change 8/9/19 NOW Globe Life Inc. Co. | A | Dividend | L | T | | | | | |
| 4. | Apartment Investment Management Co. | A | Dividend | J | T | | | | | See Seciton VIII |
| 5. | U. S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6. | Money Market Funds Stifel, Nicolaus & Company | A | Interest | J | T | | | | | |
| 7. | 12.5% interest Investments Unlimited, an L.L.C. | F | Rent | O | W | | | | | See Section VIII. |
| 8. | 12.5% interest in house, Ada, AL | | None | L | W | | | | | See Section VIII |
| 9. | Mosaic | A | Dividend | J | T | | | | | |
| 10. | VF Corp. | A | Dividend | K | T | | | | | |
| 11. | Bershire Hathaway Inc. | | None | K | T | Buy (add'l) | 01/25/19 | K | | |
| 12. | Invesco Ltd. | A | Dividend | J | T | | | | | |
| 13. | Franklin Growth | A | Dividend | J | T | | | | | |
| 14. | Franklin AL Tax Free Income CLA #354723884 | A | Dividend | J | T | | | | | |
| 15. | Alabama PUB HSG Authj Cap 4.450% 01/01/04 | A | Interest | J | T | Redeemed | 01/12/19 | J | | |
| 16. | Glaxosmithkline LC Cusip | A | Dividend | | | Sold | 12/05/19 | J | A | |
| 17. | Huntsville AL Hlthcare Auth Rev Ser A 96.929 5.25% | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Huntsville AL WTR SYS REV 4.000% 11/01/31 | A | Interest | J | T | | | | | |
| 19.  Mobile AL WTR & SWR Commrs Rev 98.500 4.118% | A | Interest | J | T | | | | | |
| 20.  Pepsico INC | A | Dividend | K | T | | | | | |
| 21.  Sylacauga AL Wtx B/E 4.00% due 02/01/34 | A | Interest | J | T | | | | | |
| 22.  Troy AL Elec Wtr & Swr 97.614 4.82% | A | Interest | J | T | | | | | |
| 23.  University of AL at Birmingham 3.000% 10/01/30 | A | Interest | J | T | | | | | |
| 24.  Wal Mart Stores Inc | A | Dividend | K | T | | | | | |
| 25.  Yum Brands Inc. | A | Dividend | J | T | | | | | |
| 26.  Yum China holdings Inc. | A | Dividend | J | T | | | | | |
| 27.  Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 28.  Intrexon Corp | | None | J | T | Sold (part) | 12/05/19 | J | | |
| 29.  Pay Pal | | None | | | Sold | 12/05/19 | J | D | |
| 30.  Therapeuticsmd Inc. | | None | J | T | | | | | |
| 31.  3 D Systems | | None | J | T | | | | | |
| 32.  Construction Partners Inc. | | None | K | T | | | | | |
| 33.  McDermott Intl. Co. | | None | | | Sold | 12/05/19 | J | | |
| 34.  Altria Group Inc. | A | Dividend | J | T | Buy | 04/04/19 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Boeing Co. | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 36. Vanguard Federal Money Market Investor CL | A | Dividend | J | T | Buy | 04/17/19 | K | | |
| 37. | | | | | Sold (part) | 06/17/19 | J | | |
| 38. | | | | | Sold (part) | 06/26/19 | J | | |
| 39. | | | | | Sold (part) | 08/14/19 | J | | |
| 40. | | | | | Sold (part) | 12/03/19 | J | | |
| 41. | | | | | Sold (part) | 12/05/19 | J | | |
| 42. | | | | | Sold (part) | 12/09/19 | J | | |
| 43. Kontoor Brands Inc. | A | Dividend | | | Spinoff (from line 10) | 05/23/19 | J | | |
| 44. | | | | | Sold | 12/05/19 | J | A | |
| 45. BENEFICIARY IRA | | | | | | | | | |
| 46. Money Market Funds Stifel, Nicholas & Company | A | Interest | J | T | | | | | |
| 47. Exxon Mobil Corp. | A | Dividend | J | T | Sold (part) | 04/17/19 | J | | |
| 48. Nokia Corp. | A | Dividend | J | T | Buy (add'l) | 04/17/19 | J | | |
| 49. II. TRUSTS ASSETS #1 | | | | | | | | | |
| 50. Money Market Funds 19/19 Investment Counsel & Trust | A | Interest | L | T | | | | | |
| 51. Torchmark Corp.Now Globe Life Inc. Com. | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. River Bank and Trust | A | Dividend | K | T | | | | | |
| 53. Federated Intermediate Mun. TrShBenInt. | A | Dividend | L | T | Sold (part) | 12/11/19 | J | A | |
| 54. U.S. Treasury Bond 5/375% | C | Interest | L | T | | | | | |
| 55. Altria Group Inc. | B | Dividend | K | T | | | | | |
| 56. John Hancock Flexible Prem. Life Ins. | | None | L | U | | | | | |
| 57. Adobe Systems | | None | L | T | | | | | |
| 58. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 59. Booking Holdings Inc. (formerly Priceline Com | | None | K | T | | | | | |
| 60. Alphabet Inc. Cap STK CLA (Formerly Google, Inc.) | | None | K | T | | | | | |
| 61. Apple Computer, Inc. | B | Dividend | M | T | | | | | |
| 62. Amazon.Com, Inc. | | None | K | T | | | | | |
| 63. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 64. Alphabet Inc Cap STK CLC (Formerly Google Inc. CL A)) | | None | K | T | | | | | |
| 65. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 66. Suntrust Banks | B | Dividend | | | Closed | 12/09/19 | K | | See Section VIII |
| 67. Chevron Copr. | A | Dividend | K | T | | | | | |
| 68. Fidelity Invst MM FD Govt. 1 #57 | B | Interest | L | T | Buy (add'l) | 12/31/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dubina, Joel F.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold<br>(part) | 12/31/19 | M | | |
| 70. | AT&T INC. Com | B | Dividend | K | T | | | | | |
| 71. | Du Pont E I D E Nemours & Co. Com | A | Dividend | | | Sold | 11/19/19 | J | | |
| 72. | Exxon Mobil Corp. Com | A | Dividend | J | T | | | | | |
| 73. | Johnson & Johnson Com | A | Dividend | | | Sold | 10/19/19 | K | D | |
| 74. | Oracle Corp SRBD 3.4% DTD 7/8/2014 Due 7/8/2024 | A | Interest | K | T | | | | | |
| 75. | Pepsico Inc. SR NT 2.25% DTD 7/30/2013 Due 1/7/2019 | A | Interest | | | Sold | 01/07/19 | K | | |
| 76. | Pfizer Inc. Com | B | Dividend | K | T | | | | | |
| 77. | Sempra Energy Com | A | Dividend | K | T | | | | | |
| 78. | Southern Co. Com | A | Dividend | K | T | | | | | |
| 79. | United Parcel Service In. CLD | A | Dividend | K | T | | | | | |
| 80. | U.S. Bankcorp MTN Sub NTS FR 2.95% DTD 7/23/20 Dues 7/15/22 | A | Interest | K | T | | | | | |
| 81. | United Health Group Inc. SR. NT 2.875% DTD 12/8/2014 due 12/15/2021 | A | Interest | K | T | | | | | |
| 82. | UnitedHealth Group Inc. Com | A | Dividend | K | T | | | | | |
| 83. | Walmart Stores Inc. Com | A | Dividend | K | T | | | | | |
| 84. | Cisco Sys Inc. OM | A | Dividend | K | T | | | | | |
| 85. | Cintas Corp. Com | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Comcast Corp. New NT 3.125% DTD 07/02/17 Due 7/15/22 | A | Interest | K | T | | | | | |
| 87. Costco Whsl Corp. New com | A | Dividend | K | T | | | | | |
| 88. Crown Castle Intl Corp. New Com | A | Dividend | K | T | | | | | |
| 89. Deere & Co. SR GLBC | A | Interest | K | T | | | | | |
| 90. General Electric Co. NT 2.70 DTD 10/9/12 Due 10/09/12 Due 10/9/22 | B | Interest | L | T | | | | | |
| 91. Merck & co. Inc. New com | B | Dividend | K | T | | | | | |
| 92. Oracle Corp. Com. 9/29/17 @ 48.27 | A | Dividend | K | T | Sold | 05/01/19 | K | C | |
| 93. U. S. Treasury Note 1.625% 2/15/16 due 2/15/26 | A | Interest | K | T | | | | | |
| 94. T-Rowe Price Tax Free High Yield Fund #59 | B | Dividend | L | T | | | | | |
| 95. Beckton Dickinson & Co. Com | A | Dividend | K | T | | | | | |
| 96. Borgwarner Inc. com | A | Dividend | | | Sold | 08/13/19 | K | | |
| 97. Facebook Inc. CLA | | None | K | T | | | | | |
| 98. Merck & Co. Inc. New Com | B | Dividend | K | T | | | | | |
| 99. Noble Energy Inc.. Com | A | Dividend | L | T | | | | | |
| 100. Teleflex | A | Dividend | K | T | | | | | |
| 101. United Technologies Corp. Com | A | Dividend | K | T | | | | | |
| 102. Boston Properties | | None | J | T | Buy | 12/23/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Disney Walt Co. Com Disney | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 104. DowDupont Inc. Com | A | Dividend | J | T | Buy | 06/03/19 | J | | |
| 105. Eastman Chem. Co. Inc. | A | Dividend | K | T | Buy | 06/03/19 | J | | |
| 106. Nutrien Ltd. Com | | None | J | T | Buy | 12/23/19 | J | | |
| 107. Cortera Inc. Com | | None | | | Spinoff (from line 104) | 06/03/19 | J | | |
| 108. | | | | | Sold | 07/19/19 | J | A | |
| 109. Dow Inc. Com | A | Dividend | | | Spinoff (from line 104) | 04/02/19 | J | | |
| 110. | | | | | Sold | 06/03/19 | J | | |
| 111. Federated Intermediate Municipal Trust #739 | | None | L | T | Spinoff (from line 53) | 02/06/19 | L | | |
| 112. TRUIST FINL. Corp. Com | | None | K | T | Buy | 12/09/19 | K | | See Section VIII |
| 113. | | | | | Sold (part) | 12/09/19 | J | A | |
| 114. PERSONAL HOLDINGS: | | | | | | | | | |
| 115. Money Market Funds Sifel, Nicolaus & Co. | A | Interest | J | T | | | | | |
| 116. Torchmark Corp. Name Change Now GLOBE LIFE INC. | A | Dividend | M | T | | | | | |
| 117. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 118. 12.5% interest Investments Unlimited, as L.L.C. | F | Rent | O | W | | | | | See Section VIII |
| 119. 12.5% interest in house, Ada, AL | | None | L | W | | | | | See Section VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Hancey Mill Road Farm, L.L.C. | | None | M | R | | | | | See Section VIII |
| 121.  Huntsville AL RFDG & Cap Improvements WTS Ser A | A | Interest | K | T | | | | | |
| 122.  Novartis AG RMT Sponsored ADR | A | Dividend | K | T | | | | | |
| 123.  River Bank & Trust RMT | A | Dividend | K | T | | | | | |
| 124.  Madison Cnty Brd Ed Cap OID 96.801 4.7% CPN 4.500% cusip 556751GG4 | B | Interest | K | T | | | | | |
| 125.  Madison Cnty AL Brd EDP Cap Outlay Cpn 5.000% Due 9/1/36 556751GB5 | B | Interest | | | Donated | 12/09/19 | J | | |
| 126.  Shelby Cnty AL Brd EEDP RFDG 10 MillB/ECPN 5.0% due 2/1 | B | Interest | K | T | | | | | |
| 127.  Amgen Inc. | B | Dividend | L | T | Sold<br>(part) | 12/05/19 | K | D | |
| 128.  Homewood AL Edl Bldg Rev Samford Univ. 4.500% | B | Interest | K | T | | | | | |
| 129.  Huntsville AL RFDG WTS OID @97.541 3.3% CUSIP 447025NY9 | A | Interest | K | T | | | | | |
| 130.  University of AL at B'ham Genl Rev A2 OID @98.653 3.1T | A | Interest | K | T | | | | | |
| 131.  Enterprise AL WTS Ser A B/E OID @96.949 4.85% | B | Interest | K | T | Sold<br>(part) | 12/10/19 | J | A | |
| 132.  Foley AL WTS BE OID @98.446 4.1% CPN 4.000% due 6/1/39 | A | Interest | K | T | | | | | |
| 133.  SERVISFIRST Bancshares) | A | Dividend | K | T | | | | | |
| 134.  V F Corp. | A | Dividend | K | T | | | | | |
| 135.  AL State Pub HC Auth Pub HLTH FAc OID 96.120 4% | A | Interest | K | T | | | | | |
| 136.  Berkshire Hathaway Inc | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Mobile AL Wtr & Swr Commrs. Rev B/E OID 98.500 @4.118% | A | Interest | K | T | | | | | |
| 138. Sylacauga AL W & S B/E CPN 4% Due 2/1/31 | A | Interest | K | T | | | | | |
| 139. Brewton AL WTS SER A BAM 3% due 12/02/28 | A | Dividend | K | T | | | | | |
| 140. Jasper AL WTS BAMBLE CPN 3.250% | A | Interest | K | T | | | | | |
| 141. HENA Inc , name change, now named Control Flow Inc. | | None | L | T | | | | | |
| 142. AIPS AIERIAN MLP ETF | B | Dividend | K | T | | | | | |
| 143. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 144. Intrexon Corp | | None | J | T | | | | | |
| 145. Paypal Holdings Inc. | | None | | | Sold | 12/05/19 | J | D | |
| 146. Therapeuticsmd Inc. | | None | J | T | | | | | |
| 147. 3-D Systems Corp. Del New | | None | J | T | | | | | |
| 148. Tuscaloosa AL Pub. Edl 8 Bldg Stdnt HSG Rev 3.00% due 7/1/31 | A | Interest | K | T | | | | | |
| 149. Construction Partners Inc. | | None | J | T | Sold (part) | 10/07/19 | J | | |
| 150. McDermott Intl. Inc. | | None | | | Sold | 12/05/19 | J | | |
| 151. Altria | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 152. Kontoor Brands Inc. | A | Dividend | | | Spinoff (from line 134) | 05/22/19 | J | | |
| 153. | | | | | Sold | 10/07/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Alcon Inc. | | | | | Spinoff (from line 122) | 10/07/19 | J | | |
| 155. | | | | | Sold | 12/07/19 | J | A | |
| 156. PRINCETON MANAGED ACCT | | | | | | | | | |
| 157. Money Market Funds Stiffel, Nicolaus & Co. | A | Interest | J | T | | | | | |
| 158. AT&T | A | Dividend | J | T | | | | | |
| 159. American Tower Corp New | A | Dividend | J | T | | | | | |
| 160. Apple Inc | A | Dividend | J | T | | | | | |
| 161. Boeing Company | A | Dividend | J | T | | | | | |
| 162. Bristol Myers Squibb Company | A | Dividend | J | T | | | | | |
| 163. Canadian Pacific Railway Limited | A | Dividend | J | T | | | | | |
| 164. Cisco systems Inc. | A | Dividend | J | T | | | | | |
| 165. Corning Inc | A | Dividend | J | T | Sold (part) | 01/23/19 | J | A | |
| 166. Crown Castle Intl Corp New | A | Dividend | J | T | | | | | |
| 167. Alphabet Inc. (Formerly Google Inc. CL A) | | None | J | T | | | | | |
| 168. Intel Corp. | A | Dividend | J | T | | | | | |
| 169. Martin Marietta Materials Inc. | A | Dividend | J | T | | | | | |
| 170. Microsoft Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. QualComm Inc. | A | Dividend | J | T | | | | | |
| 172. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 173. Universal Electrs Inc. | | None | | | Sold | 04/18/19 | | | |
| 174. Verizon Communications Inc. | A | Dividend | J | T | | | | | |
| 175. NOVO Nordisk AS ADR | A | Dividend | J | T | | | | | |
| 176. Facebook Inc CL A | | None | J | T | | | | | |
| 177. Pfizer Inc. | A | Dividend | J | T | Sold<br>(part) | 01/15/19 | J | A | |
| 178. | | | | | Sold<br>(part) | 01/16/19 | J | A | |
| 179. Visa Inc. Class A | A | Dividend | J | T | | | | | |
| 180. Abbvie Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 181. Amazon Com Inc. | | None | J | T | | | | | |
| 182. Comcast corp. CL Anew | A | Dividend | J | T | | | | | |
| 183. Walt Disney co. | A | Dividend | J | T | Buy<br>(add'l) | 10/30/19 | J | | |
| 184. United Parcel Service | A | Dividend | J | T | | | | | |
| 185. CHARITABLE ACCOUNT | | | | | | | | | |
| 186. Money Market Funds Stifel, Nicolaus & Co. | A | Interest | K | T | | | | | |
| 187. Alexander City AL RFDG WTS Ser A OID<br>98.889 3.16% CPN 3.000 Due 5/1/19 | A | Interest | | | Redeemed | 05/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Elmore Cnty AL Pub E Coop Dist Pub Ed OID @98.506 3.45% | A | Interest | | | Redeemed | 02/01/19 | K | | |
| 189. Foley AL Pub Facs Co Dist Rev CPN 4.000% Due 9/1/19 | A | Interest | | | Redeemed | 09/03/19 | K | | |
| 190. Opelika AL School Warrants SER A CPN 3.500% Due 10/1/20 | A | Interest | K | T | | | | | |
| 191. AL. WTR Pollution Auth. RFDG RVLVNG 3.00% Due 8/15/21 | A | Interest | J | T | | | | | |
| 192. Phenix City AL Pub. Bldg Auth Rev Mun A DB 3.00% Due 4/1/21 | A | Interest | J | T | | | | | |
| 193. Troy AL RFDG WTS AGM OID @ 99.108 2.17% 2% due 8/1/23 3 | A | Interest | K | T | | | | | |
| 194. AL State Bd. of Ed Rev RFDG 98.742 3.00% 7/1/23 | A | Interest | K | T | Buy | 05/16/19 | K | | |
| 195. Valley AL Wts 98.815 2.65% 3/1/20 | A | Interest | K | T | Buy | 05/16/19 | K | | |
| 196. HORIZON ACCOUNT @ Stifel, Nicolaus & Co. | | | | | | | | | |
| 197. Tax-exempt Accrued Interest Account | | None | | | | | | | See Section VIII |
| 198. Pacific Life Ins. Co. Pac Index Fundtn 5 indexed annuity | D | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments & Trusts.

No. 4, 7, 8, .   Property located in Montgomery County, AL; (*Walton County, FL), Lowndes County, AL
110, 111 *In 2014, Investments Unlimited sold the beach house in Walton County, Florida for $2.8 million.  A family member and I received 12.5% each of the proceeds.

No. 66/112 A mandatory exchange was made of Suntrust Bank Inc. shares  for Truist Finl., Line 112.

No. 112.   Effective December 31, 2007, I gifted my interest in land in Montgomery County, equally to family members.  I formed an L.L.C. named "Hancey Mill Road Farm, L.L.C."  My 50% interest in the land was deeded into Hancey Mill Road Farm, L.L.C. and then gifted to family members in equal shares.  The total value of this property at the time it gifted was   $790,000 to be equally shared by the 4.  I filed a gift tax return showing this transfer on 4/15/08.

No. 197. The Tax-exempt Accrued Interest Account was rolled over into the Pacific Life Ins. Co. PAC Index Fundtn 5 Indexed Annuity that is reported on Line 198.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel F. Dubina**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544